CHARLES W. ANDERSON, Appellant, *v.* INTERNATIONAL MERCANTILE MARINE COMPANY, Respondent.

(Argued January 16, 1934; decided February 27, 1934.)

*Frank C. Laughlin, Stewart W. Bowers* and *O. H. Droege* for appellant.

*Charles R. Hickox, Vernon S. Jones* and *Raymond Parmer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.   Not voting: KELLOGG, J.